# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

NAKITA DARNELL FLOYD
ADC #118910                                                                                   PLAINTIFF

V.                                     3:06CV00124 GTE/JTR

ANDRE NASH, Officer,
West Memphis Police Department, et al.                                                       DEFENDANTS

## ORDER

On March 22, 2007, the Court appointed Mr. Robert Rountree, of the Eubanks Law Firm, to represent Plaintiff in this § 1983 action.[1] *See* docket entry #54. On March 23, 2007, Mr. Jeffery Webber, of the Eubanks Law Firm, orally informed the Court that Mr. Rountree has left the firm and is no longer practicing law in Arkansas. Mr. Webber also offered to take Mr. Rountree's place as Plaintiff's counsel. The Court finds good cause for allowing Mr. Rountree to withdraw and replacing him with Mr. Webber. *See* Local Rule 83.7 (providing, in pertinent part, that an attorney may withdraw if he or she is "not actively engaged in the private practice of law").

IT IS THEREFORE ORDERED THAT Mr. Jeffery Webber of the Eubanks Law Firm, P. O. Box 3887, Little Rock, Arkansas 72203-3887, shall REPLACE Mr. Robert Rountree as Plaintiff's appointed counsel in this § 1983 action.

Dated this 27th day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On March 14, 2007, the Honorable G. Thomas Eisele, United States District Judge, referred the appointment of counsel to this Court for resolution. *See* docket entry #49.